

Tuesday, December 16, 2014

No. 15–0184/AF. U.S. v. Jacob L. Hooper. CCA 38307. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, but only up to and including December 30, 2014.

No. 15–0192/MC. U.S. v. Eric D. Raines. CCA 201400027. Appellant's second motion to extend time to file a supplement to the petition for grant of review granted, but only up to and including January 6, 2015.

No. 15–0232/AF. U.S. v. Clayton G. Bridges II. CCA S32157. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 5, 2015.

No. 15–0233/AF. U.S. v. David E. Allgaier. CCA 38400. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 5, 2015.

No. 15–0234/AF. U.S. v. Deandrea D. Atwater. CCA 38425. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 5, 2015.

No. 15–0236/AF. U.S. v. Adam D. Parker. CCA 38384. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 5, 2015.

No. 15–0237/AF. U.S. v. James R. Lewis. CCA 38321. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 5, 2015.